Honorable Karen L. Strombom

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>                     Plaintiffs,<br>vs.<br><br>FLOOR TECH SERVICES, INC., a Washington corporation,<br><br>                     Defendant. | **CAUSE NO**.: MS05-5002<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO:     CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO MS05-5002
PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension
2  Fund and International Union of Painters & Allied Trades District Council No. 5 voluntarily
3  dismiss the above-entitled supplemental action against Defendant Floor Tech Services, Inc., a
4  Washington corporation.

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant Floor Tech Services, Inc., a Washington corporation, shall be and hereby is dismissed.

DATED this 30th day of November, 2005.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\WWP-3410\Pleadings\2005\Floor Tech USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO MS05-5002
PAGE 2 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

CERTIFICATE OF MAILING

I hereby certify that on 11/30/2005, I electronically filed:

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person(s):

    None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    None.

Dated: November 30, 2005.

    s/Robert A. Bohrer
    WSBA #5050
    Ekman, Bohrer & Thulin, P.S.
    220 W. Mercer, Ste. 400
    Seattle, WA  98119
    Telephone: (206) 282-8221
    Fax: (206) 285-4587
    E-mail: r.bohrer@ekmanbohrer.com
    **Attorneys for:  Plaintiff(s)**

S:\Collections\WWP-3410\Pleadings\2005\Floor Tech USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO MS05-5002
PAGE 3 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO MS05-5002
PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587